AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| TERRENCE JOSEPH MCNEIL | ) | |
| | ) | 5:15MJ1176 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 24, 2015 _____ in the county of _____ Summit _____ in the

___ Northern ___ District of _____ Ohio _____, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| Title 18, United States Code, Section 373(a) | Solicitation to Commit a Crime of Violence |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Shawn S. Hare, Special Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 11/11/15 @ 11:50am

_____
_Judge's signature_

City and state: _____ Akron, Ohio _____

Kathleen B. Burke, U.S. Magistrate Judge
_____
_Printed name and title_